UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-61428

VIRGINIA AYALA,

        Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

        Defendant.

_____/

## DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP, LLC,'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Defendant, Healthcare Revenue Recovery Group, LLC, ("HRRG"), by and through its undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and herein states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| | |
|---|---|
| Defendant, Healthcare Revenue Recovery Group, LLC | Defendant |
| Ernest H. Kohlmyer, III, Esquire | Counsel for Defendant |

| | |
|---|---|
| Shepard, Smith, Kohlmyer & Hand, P.A. | Counsel for Defendant |
| Virginia Ayala | Plaintiff |
| Jibrael S. Hindi, Esquire | Counsel for Plaintiff |
| Thomas J. Patti, Esquire | Counsel for Plaintiff |
| The Law Offices of Jibrael S. Hindi | Counsel for Plaintiff |

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

ARS Account Resolution Services.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.      The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The plaintiff is alleged to be a victim of wrongful civil conduct.

5.      I hereby certify that, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this **19th day of July 2021**.

Respectfully submitted,

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **July 19, 2021**, via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com and Thomas J. Patti, Esquire at tom@ jibraellaw.com *(Attorneys for Plaintiff)*.

<u>*/s/ Ernest H. Kohlmyer, III*</u>
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
service@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*