**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:21-cv-61428-RKA

VIRGINIA AYALA,

    **Plaintiff**,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    **Defendant**.

_____/

**NOTICE OF SCRIVENER'S ERROR**
**PLAINTIFF'S SUPPLEMENTAL AUTHORITY**

    Plaintiff Virginia Ayala submits this Notice of Scrivener's Error with respect to the Notice of Supplemental Authority [D.E. 23] submitted in support of Plaintiff's Response in Opposition [D.E. 14] to Defendant's Motion for Judgment on the Pleadings.

    The case citation of the supplemental authority proffered by Plaintiff is incorrect. The correct citation of the supplemental authority is <u>Grant v. Healthcare Revenue Recovery Group, LLC</u>, *Case 8:21-cv-01977-TPB-CPT* (M.D. Fla. Sep. 23, 2021) (Barber, T).

    Dated: September 28, 2021

                                                     Respectfully Submitted,

                                                    /s/ Thomas J. Patti
                                                  **THOMAS J. PATTI, ESQ.**
                                                  Florida Bar No.: 118377
                                                  E-mail:   tom@jibraellaw.com
                                                  The Law Offices of Jibrael S. Hindi
                                                  110 SE 6th Street, Suite 1744
                                                  Fort Lauderdale, Florida 33301
                                                  Phone:    561-542-8550

                                                  *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 28, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   /s/ Thomas J. Patti  
**THOMAS J. PATTI, ESQ.**  
Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com