UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61428-ALTMAN/Hunt

**VIRGINIA AYALA**,

    *Plaintiff*,

*v.*

**HEALTHCARE REVENUE
RECOVERY GROUP, LLC**,

    *Defendant*.

_____/

## ORDER

The parties attended a status conference on November 3, 2021. For the reasons stated on the record, the parties shall, by **November 5, 2021**, engage in an informal settlement conference with one another. Counsel for all parties must confer by telephone or other teleconference service, and a representative with settlement authority for each party shall also attend or be available by telephone. The settlement conference must last at least **one hour**, which may include time spent conferring with clients. In addition, by **November 5, 2021**, the parties shall file a Joint Notice of Compliance with this Order and indicate the result of the settlement conference. If the parties settle the entire case, they shall also enter a Joint Notice of Settlement with the Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of November 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record